IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1.**    **JANNE MAURICE HAND**; and
2.    DARRON CELESTINE,

     Defendants.

---

## ORDER EXTENDING PRETRIAL MOTIONS DEADLINE

---

     Defendant Hand's Motion to Continue Deadline for Filing of Pretrial Motions

(Dkt. # 24) is GRANTED.  Defendant Hand shall have to and including November 30,

2006 within which to file pretrial motions.  The Government's responses to such

motions shall be due December 8, 2006.

     DATED:  November 8, 2006

                    BY THE COURT:

                    *s/ Phillip S. Figa*

                    _____

                    Phillip S. Figa
                    United States District Judge