IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JANNE MAURICE HAND; and
2.    DARRON CELESTINE,

    Defendants.

## ORDER DIRECTING RESPONSE

This matter is before the Court on Defendant Darron Celestine's Motion for Severance (Dkt. # 28). Government and nonmoving defendant's counsel shall file a response to the motion for severance no later than November 22, 2006.

IT IS FURTHER ORDERED that a status conference and hearing on all outstanding motions has been set for **Monday, December 4, 2006 at 1:30 p.m.** Both defendants shall be present at this hearing.

DATED: November 16, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge