IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JANNE MAURICE HAND; and
2.     DARRON CELESTINE,

    Defendants.

## ORDER RE: PRETRIAL MOTIONS DEADLINE; MOTIONS HEARING AND TRIAL DATES

The Government's Unopposed Motion to Continue Motions Response Deadline (Dkt. # 33) is GRANTED. The Government shall have to and including December 8, 2006 within which to file responses to any pretrial motions filed by Defendant Hand, the same response deadline afforded the Government to respond to Defendant Darron Celestine's pretrial motions.

Also before the Court are numerous motions filed in this matter (Dkt. ## 27, 28, 29, 30, 31, 35, 36, 37, 38 and 39). The Court FINDS that these referenced motions have tolled the speedy trial deadline pursuant to 18 U.S.C. § 3161(h)(1)(F). The Court FURTHER FINDS that the ends of justice served by rescheduling the trial in this case outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8), and would allow for the briefing schedule of the pending motions as the parties have requested, careful consideration of the pending motions

by the Court and adequate time for the parties and counsel to consider the rulings on those motions if the trial(s) go forward.  It is, therefore,

ORDERED that the final trial preparation conference set for December 8, 2006 and the five-day jury trial set to commence December 18, 2006 are VACATED.  It is

FURTHER ORDERED that the motions hearing currently set for December 4, 2006 is RESET for **December 15, 2006 at 2:00 p.m.**, at which time outstanding motions will be heard and a new trial date may be set.  Defendants shall be present at this hearing.

DATED: November 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge