IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JANNE MAURICE HAND; and
2.    DARRON CELESTINE,

    Defendants.

---

**ORDER TO SET CHANGE OF PLEA HEARING**

---

In response to the Notices of Disposition (Dkt. ## 44 and 45) filed in the above matter, it is ORDERED that Government and defense counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than December 15, 2006 to set this matter for a Change of Plea Hearing.

    DATED: December 8, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge