IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00411-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**  **JANNE MAURICE HAND**; and
2.  DARRON CELESTINE,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

Pursuant to telephone conversations with government counsel and defense counsel for Defendant Janne Maurice Hand, a Change of Plea hearing as to Defendant Hand is hereby set for **Thursday, February 1, 2007 at 10:00 a.m.**  Counsel shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on January 27, 2007**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED:  December 15, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge